CASE NO. 21-2166

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

---

**CAROLINA YOUTH ACTION PROJECT, *et al.*,**

*Plaintiffs - Appellees*

v.

**ALAN WILSON**

*Defendants - Appellants*

---

On Appeal from the United States District Court for
the District of South Carolina, Charleston Division
Civil Action No. 2:16-cv-2794-MBS

---

## <u>MOTION TO WITHDRAW ATTORNEY GALEN SHERWIN</u>

Sarah Hinger, of the American Civil Liberties Union Foundation, respectfully moves the Court to withdraw Attorney Galen Sherwin as counsel for Plaintiffs-Appellees as Attorney Sherwin is no longer employed at the American Civil Liberties Union Foundation. Plaintiffs-Appellees continue to be represented by attorneys from the American Civil Liberties Union and the American Civil Liberties Union of South Carolina.

Respectfully submitted this 18th day of November, 2022

*/s/ Sarah Hinger*
SARAH HINGER
American Civil Liberties Union Foundation
125 Broad Street, 18th Fl
New York, NY 10004
shinger@aclu.org

ALLEN CHANEY
American Civil Liberties Union Foundation
of South Carolina
P.O. Box 1668
Columbia, SC 29202
achaney@aclusc.org

*Counsel for Plaintiffs-Appellees*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2022, I electronically filed the foregoing *Motion to Withdraw Attorney Galen Sherwin* with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the ECF system to the parties of record.

/s/  *Sarah Hinger*
